UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN R. DEMOS,

          Plaintiff,

   v.

BERNARD WARNER, *et al.*,

          Defendants.

Case No. C15-566 RSL-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, finds and Orders as follows:

1. The Court **ADOPTS** the Report and Recommendation;

2. Plaintiff's application to proceed in forma pauperis, Dkt. 1, is **DENIED** and this matter is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted and failure to satisfy the "imminent danger" requirement for three-strikes litigants, *see* 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915(g), 1915A(b)(1);

3. The Clerk shall send a copy of this Order to plaintiff and to Judge Tsuchida.

DATED this 8th day of May, 2015.

                                      /s/ Robert S. Lasnik
                                      Robert S. Lasnik
                                      United States District Judge

ORDER OF DISMISSAL - 1